*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
**Raymond H. Shockley, Jr., Esquire**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, NJ 08002**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
(Camden)

| | |
|---|---|
| IN RE: YAMSEL M. and JAVIER BENVENUTTI,<br><br>Debtor(s). | Proceedings in Chapter 13<br><br>Case No. 18-27324 (ABA)<br><br>*OBJECTION TO EXPENSES CLAIMED BY DEBTOR* |

Isabel C. Balboa, Chapter 13 Standing Trustee, hereby objects to the expenses in the above-captioned case pursuant to 11 U.S.C. §1325(b)(2)(A).

1. Specifically, the Trustee objects to the following expenses not reasonably necessary to be expended for the maintenance or support of the debtor or a dependent of the debtor.

| EXPENSES LISTED | AMOUNT |
|---|---|
| A. Car payments for Vehicle 1 | $428.00 |
| B. Car payments for Vehicle 2 | $430.00 |
| C. Car payments for Vehicle 3 | $623.97 |
| D. Motorcycle payment | $341.34 |

2. There are two (2) debtors with three (3) car payments and one (1) motorcycle payment.

3. Debtors have listed $18,993.00 in unsecured debt, but have only proposed to pay a small base dividend to unsecured creditors.

Dated:  October 25, 2018                      */s/ Raymond H. Shockley, Jr.*
                                              Raymond H. Shockley, Jr.
                                              Staff Attorney