Form 226 – 3004claimntc.jsp

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

           Case No.:  18−27324−ABA
           Chapter:  13
           Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Yamsel M. Benvenutti | Javier Benvenutti |
| 20 Edgeview Lane | 20 Edgeview Lane |
| Sicklerville, NJ 08081 | Sicklerville, NJ 08081 |

Social Security No.:
  xxx−xx−6586                                       xxx−xx−3000

Employer's Tax I.D. No.:

## Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

     Please be advised that Yamsel M. Benvenutti and Javier Benvenutti the Debtor in the above captioned case filed a proof of claim on behalf of the following creditor(s) on 1/21/2019.

US Bank


Dated: January 22, 2019
JAN:

                                                                                                Jeanne Naughton
                                                                                                Clerk